## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HORVATH TOWERS III, LLC,

    Plaintiff.

v.

ZONING HEARING BOARD OF
MONTOURSVILLE BOROUGH,

    Defendant.

No. 4:16-CV-00421

(Judge Brann)

## ORDER

**AND NOW**, this 12ᵗʰ day of January 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment, ECF No. 25, is **DENIED.**

2. Defendant's Motion for Summary Judgment, ECF No. 26, is **GRANTED.**

3. The Clerk of Court is directed to enter judgment in favor of the Defendant on Counts I and III of Plaintiff's Complaint, ECF No. 1, and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge